[PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 06-11841

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JAN 07 2008
THOMAS K. KAHN
CLERK

DANIEL SIEBERT,

Petitioner-Appellant,

versus

RICHARD F. ALLEN, Commissioner,
Alabama Department of Corrections,

Respondent-Appellee.

------------------------------------
Appeal from the United States District Court for the
Northern District of Alabama
------------------------------------

Before TJOFLAT, BARKETT and WILSON, Circuit Judges.

O R D E R:

Based upon our review of Petitioner-Appellant's Motion for Clarification filed

January 4, 2008, and given that jurisdiction over this case remains with the United States

Supreme Court until rehearing is resolved and their final judgment issues, we vacate this

Court's December 21, 2007 opinion on remand from the Supreme Court of the United

States.